IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   18-08399 |
| Leonidas G Fronimos | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge:   Carol A. Doyle |
| | ) | |

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

NOW COMES, the above named Debtor, by and through his attorneys, Cutler and Associates, Ltd., and hereby notifies the Court that pursuant to 11 U.S.C §1307(a) and Bankruptcy Rule 1017(d), this Chapter 13 case is hereby converted to a Chapter 7 case, and the Chapter 13 Standing Trustee may file his/her Final Report.

RESPECTFULLY SUBMITTED,

/s/ David H. Cutler
David H. Cutler, esq
Attorney for Debtor(s)
Cutler and Associates, Ltd.
4131 Main St. Skokie, IL 60076
(847) 673-8600